# United States District Court
# For The Western District of North Carolina
# Statesville Division

LEONARD A. CLEMENT,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                    5:08CV35-3-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2008 Order.

Signed: June 2, 2008

Frank G. Johns, Clerk
United States District Court