# United States District Court
## For The Western District of North Carolina
## Statesville Division

STEVE D. MORRISON,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   5:08CV49-3-MU

ALEXANDER CORRECTIONAL INST.,
EARNEST BROWN,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2008 Order.

Signed: June 2, 2008

Frank G. Johns, Clerk
United States District Court